UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:98-cr-180-DWH-RLH |
| Plaintiff, ) | |
| vs. ) | |
| DANNY EUGENE DEWITT ) | |
| Defendant. ) | |



## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#25), sentencing having been imposed on December 7, 1999. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: IRS - RACS
Amount of Restitution: $434,559.00

**Total Amount of Restitution ordered:** $434,559.00

Dated this _22_ day of June, 2017.

UNITED STATES DISTRICT JUDGE